# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BAD VIBES FOREVER, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No. 22-cv-01744<br><br>**Judge Harry D. Leinenweber**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

## DEFAULT FINAL JUDGMENT ORDER

This action having been commenced by Plaintiff, BAD VIBES FOREVER, LLC ("BAD VIBES" or "Plaintiff") against the defendants identified on Schedule A, and using the Defendant Online Marketplace Accounts identified in Schedule A (collectively, the "Defendant Internet Stores"), and BAD VIBES having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; BAD VIBES having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and/or e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, BAD VIBES has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of BAD VIBES' federally registered trademarks, which are protected by U.S. Trademark Registration Nos. 5,654,600; 5,771,321; and 5,627,992 (the "XXXTENTACION Trademarks") to residents of Illinois. In this case, BAD VIBES has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the XXXTENTACION Trademarks. *See* Docket No. 13, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the XXXTENTACION Trademarks. This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), and false designation of origin (15 U.S.C. § 1125(a)).

Accordingly, this Court orders that BAD VIBES' Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Final Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the XXXTENTACION Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine BAD VIBES product or not authorized by BAD VIBES to be sold in connection with the XXXTENTACION Trademarks;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine BAD VIBES product or any other product produced by BAD VIBES, that is not BAD VIBES' or not produced under the authorization, control, or supervision of BAD VIBES and approved by BAD VIBES for sale under the XXXTENTACION Trademarks;

   c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of BAD VIBES, or are sponsored by, approved by, or otherwise connected with BAD VIBES; and

   d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or

inventory not manufactured by or for BAD VIBES, nor authorized by BAD VIBES to be sold or offered for sale, and which bear any of BAD VIBES' trademarks, including the XXXTENTACION Trademarks, or any reproductions, counterfeit copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as ContextLogic, Inc. d/b/a Wish.com ("WISH") (collectively, the "Third Party Providers"), shall within three (3) business days of receipt of this Order cease:

    a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the XXXTENTACION Trademarks; and

    b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the XXXTENTACION Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine BAD VIBES product or not authorized by BAD VIBES to be sold in connection with the XXXTENTACION Trademarks.

3. Upon BAD VIBES' request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within three (3) business days after receipt of such notice, disable and cease displaying any advertisements used by or associated with

Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the XXXTENTACION Trademarks.

4. Pursuant to 15 U.S.C. § 1117(c)(2), BAD VIBES is awarded statutory damages from each of the Defaulting Defendants in the amount of $500,000 (five hundred thousand dollars) for willful use of counterfeit XXXTENTACION Trademarks on products sold through at least the Defendant Internet Stores.

5. Any Third Party Providers holding funds for Defaulting Defendants, including WISH, shall, within three (3) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as WISH, are hereby released to BAD VIBES as partial payment of the above-identified damages, and Third Party Providers, including WISH, are ordered to release to BAD VIBES the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

7. Until BAD VIBES has recovered full payment of monies owed to it by any Defaulting Defendant, BAD VIBES shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that BAD VIBES identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, BAD VIBES may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants

by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Robert A. Celestin, Esq. and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The Ten Thousand dollar ($10,000) surety bond posted by BAD VIBES is hereby released to BAD VIBES or its counsel, Keith Vogt, Ltd. 33 West Jackson Boulevard, #2W, Chicago, Illinois 60604. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to BAD VIBES or its counsel.

This is a Default Final Judgment.

Dated: May 18, 2022

_____
Harry D. Leinenweber
United States District Judge

# Schedule A

| No | Defendants |
|---|---|
| 1 | 5m5ayalm |
| 2 | 857857yedianxiaoge |
| 3 | Aehthere bibs |
| 4 | Agriculture culture center |
| 5 | Alian3cshop |
| 6 | Aloys Chen |
| 7 | Andre Jones |
| 8 | angrngp |
| 9 | anjia fashion |
| 10 | ArmstrongAuroradGtBu |
| 11 | biaolibuyidongw |
| 12 | biddlenathan |
| 13 | Black&White |
| 14 | Blessing sky |
| 15 | bnsgdhfdfhg |
| 16 | caidacotton |
| 17 | caishidi |
| 18 | CarrLucienqUcYr |
| 19 | cdfgjoboth |
| 20 | Chen188 |
| 21 | Chenchen9 |
| 22 | chenjianmei |
| 23 | chenlijun1234 |
| 24 | chenweihao3213 |
| 25 | chenxia0814 |
| 26 | chenyanan62170 |
| 27 | chunchunstore |
| 28 | chunzhong99 |
| 29 | cici3441844089 |
| 30 | cqling |
| 31 | Cucering minicar |
| 32 | cuicaihong1991 |
| 33 | cuidaopuchin |
| 34 | czy4806 |
| 35 | Dafangly Cosmetic |
| 36 | dauboaine |
| 37 | Dcgxvcvxcxcccgxbcvcbccr |
| 38 | dengyong fashion |
| 39 | Deshengxinzhou |
| 40 | Dhcgfgfhfhvhvhfjhvbv |
| 41 | Dhumbrique Granvas |
| 42 | Dingkele2013 |
| 43 | DIY mobile phone shell Club |
| 44 | DIY shop in Xiaomei |
| 45 | duzaixsop |

| | |
|---|---|
| 46 | edubokers |
| 47 | Eugene S Moore |
| 48 | fanxiaoyunl |
| 49 | FelixAthenamMfGbB |
| 50 | fengshibushi |
| 51 | fengxiuhua1 |
| 52 | ferfdf |
| 53 | fmy67890 |
| 54 | gailingzi |
| 55 | gaomeiqing |
| 56 | gaotianshui2304 |
| 57 | George M Britt |
| 58 | George W Wuest |
| 59 | gerenshuma |
| 60 | GKMSAAD |
| 61 | guguoyu0016 |
| 62 | guoencuiling |
| 63 | guohuixin2956 |
| 64 | Haersenfuny shaver |
| 65 | Hanyue426 |
| 66 | hehuidianpu |
| 67 | HIS |
| 68 | hongmuyuanda |
| 69 | Honyutae |
| 70 | huahuaonlineshop |
| 71 | Huangcuie8888 |
| 72 | Huaying1105 |
| 73 | huixpu |
| 74 | huiziai_happy@163.com |
| 75 | ikjqps |
| 76 | ixich95shop |
| 77 | jdfwis8h |
| 78 | JIAJIAJIAGUAN |
| 79 | JiaLiangQiong66059 |
| 80 | JIAOJIAOWANG |
| 81 | Jiayuee |
| 82 | jifangfang2095 |
| 83 | Jinfurui Trade |
| 84 | jing789youlove |
| 85 | jinshengmanyang |
| 86 | jiooimk plaza |
| 87 | jlfkjdsoifjso |
| 88 | jodsaf |
| 89 | John S Williams |
| 90 | kabincoat |
| 91 | kailiu fashion |
| 92 | Katherine D Brumit |
| 93 | kiarraowen62225053 |

| | |
|---|---|
| 94 | kinedxb |
| 95 | Kristin Davis |
| 96 | kyriabrown32053513 |
| 97 | LenaRalapoGtNzF |
| 98 | liangliping7860 |
| 99 | liangshuimiao27327 |
| 100 | liangynqaz |
| 101 | lichanghao |
| 102 | lifuzhou |
| 103 | liguangqiang |
| 104 | Lijunnan123 |
| 105 | limanyan66058 |
| 106 | limiaomiaog |
| 107 | Lindsey Navarro |
| 108 | linglinglong |
| 109 | lipeipei0046 |
| 110 | lipengfei33458 |
| 111 | liqingzhi1 |
| 112 | liqirui58628 |
| 113 | liuhaipeng6152 |
| 114 | liujnuo |
| 115 | liujxin |
| 116 | LIUWENJIEJIE |
| 117 | lixiaoyu1266 |
| 118 | liyanpehay |
| 119 | Liyisha359 |
| 120 | LJEPIKF NJJASBJQ8884 |
| 121 | LLEIX |
| 122 | lloxiang |
| 123 | Lojkhge |
| 124 | loucicafshion |
| 125 | lqwen |
| 126 | LucilleHernandez |
| 127 | luxingjiao |
| 128 | luxm |
| 129 | luzyx |
| 130 | lwenw |
| 131 | lytang |
| 132 | Maldonadobcp |
| 133 | maypx |
| 134 | MeiqiaoxunzhixWk |
| 135 | menghuan841002@163.com |
| 136 | MerlinAndrewhZnO |
| 137 | MichaelLyndonzCfH |
| 138 | mijiti09276 |
| 139 | mingjieshini |
| 140 | minhui001 |
| 141 | monicat11 |

| | |
|---|---|
| 142 | Moquly |
| 143 | nareodl |
| 144 | ngfhk online store |
| 145 | niuyanpeng5802 |
| 146 | noiwaehagiojhngblifshfiluhwsfhvzeghdfvsdcv |
| 147 | oymind |
| 148 | panmeihong |
| 149 | peichaohan54775 |
| 150 | pengdengke6894 |
| 151 | pingpingo |
| 152 | Proxii |
| 153 | Qianniiusgirl |
| 154 | qiaojiling668 |
| 155 | Qiu12345 |
| 156 | qmnkooj shopping |
| 157 | ronaldrossi |
| 158 | rongyuyu21775 |
| 159 | Ruth M Jackson |
| 160 | sbadhdhdajdhf |
| 161 | schmafrnckwiet |
| 162 | sdfooi fashion store |
| 163 | sdwga |
| 164 | shaoyifeiyu |
| 165 | shazhulao |
| 166 | Shen Zhen Allen trad col.t |
| 167 | shenqijun5866 |
| 168 | shileynathan |
| 169 | sky_110909 |
| 170 | solarpres |
| 171 | something of dog |
| 172 | stevebechtelar78 |
| 173 | Sueyiseny baby's |
| 174 | surprise yong |
| 175 | Suxiangmin |
| 176 | suxiaoying |
| 177 | TAIN SHANG |
| 178 | Toppro |
| 179 | traceeschmeler |
| 180 | Twelve Activity One |
| 181 | Vincent L Fontenot |
| 182 | vqwg82shop |
| 183 | wads2020 |
| 184 | wangchen2 |
| 185 | wangkun662 |
| 186 | wanglina26691 |
| 187 | wangwanting01537 |
| 188 | wangxiaojing3302 |
| 189 | WANGXIE |

| | |
|---|---|
| 190 | wangyifanyue |
| 191 | wanjiheya |
| 192 | wanyuanhang14420 |
| 193 | warmando781 |
| 194 | weimeiyue6688 |
| 195 | weiweilaile |
| 196 | weixinfei9334 |
| 197 | weizexu6010 |
| 198 | wenyi fashion |
| 199 | wfh47 |
| 200 | whpongbo |
| 201 | wujianzhidiao |
| 202 | wulienkgb |
| 203 | xgawe |
| 204 | xianonlineshop |
| 205 | xiaowenliang |
| 206 | xiaoyangshangpin |
| 207 | xiewen3428 |
| 208 | xingfunya0615 |
| 209 | Xinme |
| 210 | Xiongxiang66058 |
| 211 | xiuweiluong |
| 212 | yangaipingshop |
| 213 | yanglei2897 |
| 214 | yangmenmgjs |
| 215 | yangqing123 |
| 216 | yangwenxun |
| 217 | yangyang0701 |
| 218 | yangzem1219 |
| 219 | yanlichuangye |
| 220 | yinmengyu4270 |
| 221 | Yinyijun423 |
| 222 | yuanningning82 |
| 223 | yuhongbo900126 |
| 224 | yuqiaolingfaciale |
| 225 | Yvonne L Fogg |
| 226 | zengxiaoyun |
| 227 | zengyouonlineshop |
| 228 | ZH sporting goods |
| 229 | zhaiyazhou86790 |
| 230 | zhangcuiping Store |
| 231 | zhanghaoran2597 |
| 232 | zhangjiafu7946 |
| 233 | ZHANGSONG123456 |
| 234 | zhangwenyong24106 |
| 235 | zhangyh |
| 236 | zhaochenchen6 |
| 237 | zhaotianpeng6868 |

| | |
|---|---|
| 238 | zhaxixiaotangwu |
| 239 | zhigaoD |
| 240 | ZHIZXKK2323 |
| 241 | zhongju Interesting Gadgets |
| 242 | zhongjunhuashangcheng |
| 243 | ZHOUB1ING3529 |
| 244 | zhoutiancheng3314 |
| 245 | zhushuai68 |
| 246 | zmtflynn |
| 247 | zyl1986512 |